266 So.2d 429

Robert Carson LOVE

v.

SOUTHERN BELL TELEPHONE AND
TELEGRAPH COMPANY et al.

No. 52691.

Sept. 20, 1972.

Writ denied. There is no error of law in the judgment.

■

266 So.2d 429

PICOU'S BUILDERS SUPPLY COM-
PANY, INC.

v.

Aleck SCHULTZ et al.

No. 52692.

Sept. 20, 1972.

DIXON, J., is of the opinion that the writ should be granted. There is no evidence in the record to support the judgment of the district court.